**Order entered March 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00128-CV

### IN RE RYAN GALLAGHER

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-16008**

### ORDER

Before the Court are appellant's March 3, 2020 motions seeking a "waiver of transcript fees" and an extension of time to file his brief on the merits. The record before the Court shows appellant is indigent and allowed to proceed without payment of costs. The clerk's record was filed free of charge on February 11, 2020. The reporter's record is due on March 9, 2020. Accordingly, we **DENY** as moot appellant's motion for a free record.

Appellant filed a brief prematurely on February 14, 2020. We **GRANT** appellant's motion seeking an extension as follows. We **STRIKE** appellant's brief filed on February 14th. Appellant shall file his brief on the merits **WITHIN**

**THIRTY DAYS** after the reporter's record is filed. *See* Tex. R. App. P. 38.6(a)(2).

We caution appellant that his brief must comply with the requirements set forth in rule 38.1 of the rules of appellate procedure. *See id.* 38.1.

We **DIRECT** the Clerk of this Court to send a copy of this order to Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, and appellant.

/s/    KEN MOLBERG
        JUSTICE